IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EISERMAN & ASSOCIATES, LLC )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EILEEN ROSEN, JAY ROSEN, )<br>POUL'S LANDSCAPING AND NURSERY, )<br>INC. and DOES 1-10 )<br>)<br>Defendants. ) | Case No. 13-cv-01315 |

### AGREED ORDER DISMISSING COMPLAINT WITH PREJUDICE

Upon the joint request of Eiserman & Associates LLC ("Plaintiff"), and Eileen Rosen, Jay Rosen, and Poul's Landscaping and Nursery, Inc. (collectively "Defendants" for the dismissal of this case;

IT IS HEREBY ORDERED:

1) This case is dismissed with prejudice to Plaintiff's right to refile same; and

2) All parties are to bear their own costs, including attorney fees.

Dated: May ___, 2013

_____

Prepared By
B. Lane Hasler
1530 S. State Street, Suite 17A
Chicago, Illinois 60605
(312) 893-0551